**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JODI GONZALEZ,<br><br>        Plaintiff,<br><br>v.<br><br>MISSION SENIOR LIVING, LLC, dba FERNLEY ESTATES ASSISTED LIVING AND MEMORY CARE; and DOES 1 through 10 inclusive,<br><br>        Defendant. | Case No.: 3:21-cv-00372-MMD-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DATE FOR DEFENDANTS TO RESPOND TO PLAINTIFF'S COMPLAINT**<br><br>**(FIRST REQUEST)** |

    Plaintiff Jodi Gonzalez ('Gonzalez") and Defendant Mission Senior Living, LLC, dba Fernley Estates Assisted Living and Memory Care ("Mission"), by and through their respective undersigned counsel, hereby agree and stipulate as follows:

    Plaintiff Gonzalez filed a Complaint on August 18, 2021, naming Mission as the sole defendant. (ECF No. 1.)

    The parties have agreed that may have an extension of time to respond to the Complaint up to and including October 8, 2021. The additional time is necessary for Mission to evaluate the claim and prepare a response. This is the first request for an extension on any kind in this case. Court has not granted any previous extensions.

1
2   **IT IS SO STIPULATED.**

3   DATED this 24th day of September, 2021.   DATED this 24th day of September, 2021.

4   DOYLE LAW OFFICE, PLLC   LAXALT & NOMURA, LTD.

5   */s/ Kerry S. Doyle*   */s/ Steven E. Guinn*
6   KERRY S. DOYLE (SBN 10866)   STEVEN E. GUINN (SBN 5341)
    4600 Kietzke Lane, Suite I-207   9790 Gateway Drive, Suite 200
7   Reno, Nevada  89502   Reno, Nevada  89521
    Tel:  (775) 525-0889   Telephone:  (775) 322-1170
8   Fax:  (775) 229-4443   Facsimile:  (775) 322-1865
9   kerry@rdoylelaw.com   sguinn@laxalt-nomura.com
    *Attorney for Plaintiff*   *Attorneys for Defendant*

10
11
12   **IT IS SO ORDERED**
     September 27, 2021                      *William G. Cobb*
13   _____
                                             UNITED STATES MAGISTRATE JUDGE
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2