# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| JODI GONZALEZ,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>MISSION SENIOR LIVING, LLC, dba FERNLEY ESTATES ASSISTED LIVING AND MEMORY CARE,<br><br>　　　　　　　Defendant. | 3:21-cv-00372-MMD-CSD<br><br>**ORDER** |

The parties have failed to submit their Stipulated Discovery Plan and Scheduling Order. The parties shall file their Proposed Stipulated Discovery Plan and Scheduling Order in accordance with LR 26-1 on or before **Friday, March 18, 2022**.

**IT IS SO ORDERED.**

DATED: March 4, 2022.

_____
UNITED STATES MAGISTRATE JUDGE