1
2
3
4
5
6

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

7

8      JODI GONZALEZ,

        Case #3:21-cv-00372-MMD-WGC

9

10                Plaintiff(s),

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

11      vs.

12 MISSION SENIOR LIVING, LLC, dba FERNLEY
ESTATES ASSISTED LIVING AND MEMORY CARE;
13 and DOES 1 through 10 inclusive,

14              Defendant(s).

FILING FEE IS $250.00

15

16      Christopher W. Droubay

       (name of petitioner)

, Petitioner, respectfully represents to the Court:

17

18        1.     That Petitioner is an attorney at law and a member of the law firm of

Snow Christensen & Martineau

19                              (firm name)

20 with offices at   10 Exchange Place, 11th Floor

                                (street address)

21 Salt Lake City                Utah             84111

22               (city)                 (state)            (zip code)

23 (801) 521-9000            cwd@scmlaw.com

   (area code + telephone number)          (Email address)

24

25        2.     That Petitioner has been retained personally or as a member of the law firm by

Mission Senior Living LLC, dba Fernley Estates Assisted Living and Memory Care

26                 [client(s)]        to provide legal representation in connection with

27 the above-entitled case now pending before this Court.

28

                                                        Rev. 5/16

3.     That since ___October 23, 2008___, Petitioner has been and presently is a
                                    (date)
member in good standing of the bar of the highest Court of the State of __Utah__
                                                                              (state)
where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or
from the clerk of the supreme court or highest admitting court of each state, territory, or insular
possession of the United States in which the applicant has been admitted to practice law certifying
the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District
Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts
of other States on the dates indicated for each, and that Petitioner is presently a member in good
standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| United States District Court for the District of Utah | 10/23/2008 | 12078 |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,
nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory
or administrative body, or any resignation or termination in order to avoid disciplinary or
disbarment proceedings, except as described in detail below:

(State "none" if Petitioner has no disciplinary proceedings, etc.)

None.

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give

particulars if ever denied admission):

(State "none" if Petitioner has never been denied admission.)

None.

7.    That Petitioner is a member of good standing in the following Bar Associations.

(State "none" if Petitioner is not a member of other Bar Associations.)

Utah State Bar

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2

(formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
| --- | --- | --- | --- |
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the

State of Nevada with respect to the law of this state governing the conduct of attorneys to the same

extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of

the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to

practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1    That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4    STATE OF ___UTAH___ )
                                                    Petitioner's signature
5    COUNTY OF ___SALT LAKE___ )

6

7    ___Christopher W. Droubay___, Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9
                                                    Petitioner's signature
10  Subscribed and sworn to before me this

11  __22nd__ day of __March__, __2022__.

12

13  _____
              Notary Public or Clerk of Court

**LINDA STJOHN**
Notary Public  State of Utah
My Commission Expires on:
June 13, 2023
Comm. Number: 706631

14

15

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**
           **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18    Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

     believes it to be in the best interests of the client(s) to designate ___Steven E. Guinn___,
19
                                                                          (name of local counsel)
20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

21  above-entitled Court as associate resident counsel in this action. The address and email address of

22  said designated Nevada counsel is:

23  ___Laxalt & Nomura, 9790 Gateway Drive #200___,
                              (street address)
24
     ___Reno___, ___Nevada___, ___89521___,
25        (city)                    (state)              (zip code)

26  ___(775) 322-1170___, ___sguinn@laxalt-nomura.com___,
     (area code + telephone number)        (Email address)
27

28                                  4
                                                              Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _Steven E. Guinn_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

Fernley Assisted Living, LLC dba Fernley Estates Assisted Living
and Memory Care

_Sarah U for_____
(party's signature)

_Sarah M. Green, Vice President of Operation_
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

5341                    sguinn@laxalt-nomura.com
Bar number              Email address

APPROVED:

Dated: this _7th_ day of _April_____, 20_22_.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# *CERTIFICATE OF GOOD STANDING*

*This document expires 60 days from the date of issuance*

Issued on 2/15/2022

To Whom it May Concern:

Re: CERTIFICATE OF GOOD STANDING for Christopher W Droubay

This is to certify that Christopher W Droubay, Utah State Bar No. 12078 was admitted to practice law in Utah on 10/23/2008.

Christopher W  Droubay is currently an ACTIVE member of the Utah State Bar in good standing.  "Good standing" is defined as a lawyer who is current in the payment of all Bar licensing fees, has met mandatory continuing legal education requirements, if applicable, and is not disbarred, presently on probation, suspended, or has not resigned with discipline pending, from the practice of law in this state.

_____
Nancy J. Sylvester
General Counsel
Utah State Bar

No.2022 -962667
verify by email at cogsrequest@utahbar.org