**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JODI GONZALEZ,<br><br>         Plaintiff,<br><br>v.<br><br>MISSION SENIOR LIVING, LLC, dba FERNLEY ESTATES ASSISTED LIVING AND MEMORY CARE; and DOES 1 through 10 inclusive,<br><br>         Defendant. | Case No.: 3:21-cv-00372-ART-CSD<br><br>**ORDER APPROVING** |

**<u>STIPULATION FOR DISMISSAL WITH PREJUDICE</u>**

Plaintiff Jodi Gonzalez ('Gonzalez") and Defendant Mission Senior Living, LLC, dba Fernley Estates Assisted Living and Memory Care ("Mission"), by and through their respective

1

undersigned counsel, hereby stipulate and agree that this action shall be dismissed with prejudice, with each party to bear its own fees and costs.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 28th day of November, 2022. | DATED this 28th day of November, 2022. |
| DOYLE LAW OFFICE, PLLC | LAXALT & NOMURA, LTD. |
| */s/ Kerry Doyle*_____<br>KERRY S. DOYLE (SBN 10866)<br>4600 Kietzke Lane, Suite I-207<br>Reno, Nevada 89502<br>kerry@rdoylelaw.com<br>*Attorney for Plaintiff* | */s/ Steve Guinn*_____<br>STEVEN E. GUINN (SBN 5341)<br>9790 Gateway Drive, Suite 200<br>Reno, Nevada 89521<br>sguinn@laxalt-nomura.com<br><br>CHRISTOPHER W. DROUBAY (SBN 12078)<br>NATHAN R. SKEEN (SBN 12662)<br>SNOW, CHRISTENSEN & MARTINEAU<br>10 Exchange Place, Eleventh Floor<br>P.O. Box 45000<br>Salt Lake City, Utah 84145-5000<br>cwd@scmlaw.com<br>nrs@scmlaw.com<br>*Attorneys for Defendant Mission Senior Living, LLC dba Fernley Estates Assisted Living and Memory Care* |

**IT IS SO ORDERED**:

DATED: November 29, 2022

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE

2